UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ROBBINS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLUSHCARE, INC., et al.,<br><br>Defendants. | Case No. 21-cv-03444-MMC   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 53 |

Plaintiffs filed a motion to compel at ECF No. 53. The major dispute in the parties' briefing was over PlushCare's obligation to produce documents while it had a pending motion to dismiss that it contended would affect the relevance of the requested materials if the motion were granted. Well, the motion to dismiss isn't pending any more. *See* ECF No. 64. The Court therefore orders the parties to meet and confer concerning the effect of Judge Chesney's July 28, 2022 order on this discovery dispute. The Court also orders the parties to file by August 11, 2022 either (1) a status report that they have resolved the motion to compel, or (2) a joint discovery letter brief presenting their views on what remains in dispute.

**IT IS SO ORDERED.**

Dated: August 4, 2022

THOMAS S. HIXSON
United States Magistrate Judge